RECEIVED
AUG 15 2005
MICHAEL W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
AUG 23 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mirage Systems, Inc.,

　　　　　Plaintiff(s),

　　v.

JERRY SPEASL, et al.,

　　　　　Defendant(s).

CASE NO. 5:05-cv-2901

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jeffrey W. Kilduff, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is 1626 Eye St. NW, Washington, D.C. 20006; (202) 383-5300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Jerry Speasl and Mark Roberts.

　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/23/05

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge