

DANIEL J. BERGESON, SBN 105439, dbergeson@be-law.com
CAROLINE McINTYRE, SBN 159005, cmcintyre@be-law.com
DEREK H. LIM, SBN 209496, dlim@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

DANIEL S. MOUNT, SBN 77517, dmount@mount.com
JUSTIN T. BECK, SBN 53138, jbeck@mount.com
RONALD CRAIG FINLEY, SBN 200549, rfinley@mount.com
MOUNT & STOELKER, P.C.
333 West San Carlos
RiverPark Tower, 17th Floor
San Jose, CA 95110-2726

Attorneys for Plaintiff
MIRAGE SYSTEMS, INC.

FILED
AUG 2 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
AUG 1 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIRAGE SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JERRY A. SPEASL, an individual, MARC K. ROBERTS, an individual, MATTHEW K. CHIKOSKY, an individual, ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation, and DOES 1-50, <br><br> Defendants. | CASE NO. 5:05-CV-02901-RMW <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ERIC WARD *PRO HAC VICE* <br><br> Judge: Hon. Ronald M. Whyte <br><br> Complaint Filed: April 12, 2005 <br> Trial Date Set: None Yet |

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ERIC WARD *PRO HAC VICE*

CASE NO. 5:05-CV-02901-RMW

1   Eric Ward, an active member in good standing of the bar of the State of New York and
2   admitted to practice before the United States District Court (Western, Eastern, Southern, and
3   Northern Districts of New York), and the United States Court of Appeals-Second Circuit, whose
4   business address and telephone number is Ward Norris Heller & Reidy LLP, 300 State Street,
5   Rochester, New York 14614, (585) 454-0700, having applied in the above-entitled action for
6   admission to practice in the Northern District of California on a *pro hac vice* basis, representing
7   Plaintiff Mirage Systems, Inc.;

8   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10  *vice*. Service of papers upon and communication with co-counsel designated in the application
11  will constitute notice to the party. All future filings in this action are subject to the requirements
12  contained in General Order No. 45, *Electronic Case Filing*.

14  Dated: __8/23__, 2005

        _Ronald M. Whyte_
        _____
        United States District Court Judge
        Ronald M. Whyte

- 1 -

[PROPOSED] ORDER GRANTING APPLICATION                                                    CASE NO. 5:05-CV-
02901-RMW
FOR ADMISSION OF ERIC WARD *PRO HAC VICE*