DANIEL J. BERGESON, SBN 105439, dbergeson@be-law.com
CAROLINE McINTYRE, SBN 159005, cmcintyre@be-law.com
DEREK H. LIM, SBN 209496, dlim@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

DANIEL S. MOUNT, SBN 77517, dmount@mount.com
JUSTIN T. BECK, SBN 53138, jbeck@mount.com
RONALD CRAIG FINLEY, SBN 200549, rfinley@mount.com
MOUNT & STOELKER, P.C.
333 West San Carlos
RiverPark Tower, 17th Floor
San Jose, CA 95110-2726

Attorneys for Plaintiff
MIRAGE SYSTEMS, INC.

FILED
AUG 23 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIRAGE SYSTEMS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>JERRY A. SPEASL, an individual, MARC K. ROBERTS, an individual, MATTHEW K. CHIKOSKY, an individual, ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation, and DOES 1-50,<br><br>Defendants. | CASE NO. 5:05-CV-02901-RMW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF WILLIAM P. DISALVATORE *PRO HAC VICE*<br><br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Filed: April 12, 2005<br>Trial Date Set: None Yet |

RECEIVED
AUG 18 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF WILLIAM P. DISALVATORE *PRO HAC VICE*

CASE NO. 5:05-CV-02901-RMW

1  William P. DiSalvatore, an active member in good standing of the bars of the State of New
2  York and Connecticut, and admitted to practice before the United States District Court (Eastern,
3  Southern, and Northern Districts of New York), and the United States Court of Appeals for the
4  Federal Circuit, whose business address and telephone number is Wilmer Cutler Pickering Hale
5  and Dorr LLP, 399 Park Avenue, New York, New York 10022, (212) 230-8800, having applied in
6  the above-entitled action for admission to practice in the Northern District of California on a *pro*
7  *hac vice* basis, representing Plaintiff Mirage Systems, Inc.;

8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10  *vice*. Service of papers upon and communication with co-counsel designated in the application
11  will constitute notice to the party. All future filings in this action are subject to the requirements
12  contained in General Order No. 45, *Electronic Case Filing*.

14  Dated: 8/23 , 2005

16  _____
17  United States District Court Judge
    Ronald M. Whyte

- 1 -

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF WILLIAM P. DISALVATORE *PRO HAC VICE*

CASE NO. 5:05-CV-02901-RMW